ibis consulting
CONTROL YOUR DATA

December 18, 2003

William Walsh
[redacted]
Cumberland, RI 02864

**RE: OFFER – MANAGER, ALLIANCE BUSINESS DEVELOPMENT**

Dear Bill:

On behalf of Ibis Consulting, Inc., I am pleased to offer you the promotion to Director, Business Development - Alliance Markets reporting to Kimberly Dusseault, Vice President, Client Services. This position commences on Monday, December 22, 2003. Your base salary will be $120,000 paid annually in accordance with the company's normal policies, which currently include bi-weekly paychecks.

You will be eligible to fully participate in the Company's variable compensation plan as follows: Your individual annual sales goal for 2004 will be $1,000,000. Your alliance team goal will be $12,100,000 and you will receive an override commission of 1% for existing accounts, defined as accounts signed on or before August 1, 2003. New alliance accounts and ImageMax will be commissioned at 2%. Ibis reserves the right to discontinue or alter the commission plan at any time.

You will be eligible to fully participate in the Company's benefit plans (which include Health, Dental, Life and Disability Insurance, and a 401k Plan), to the same extent as, and subject to the same terms, conditions and limitations applicable to, other Company employees of similar job position.

In addition, you will be reimbursed for all reasonable out-of-pocket expenses incurred during the performance of your duties, in accordance with the Company's reimbursement policies as established or modified from time to time by the Company.

Nothing herein shall create any obligation on the part of the Company, or any other person, to continue your employment. Your employment with the Company is "at will," which means either the Company or you may terminate your employment relationship with the Company at any time and for any or no reason, with or without cause, and with or without notice.

Please acknowledge your acceptance of this employment offer by signing, dating and indicating your start date below. Keep one copy for your files and return one executed copy to the Human Resources Department as soon as possible.

We look forward to your favorable reply and to a continued productive and enjoyable working relationship.

Regards,

Pia L. Potter

Pia L. Potter
Chief Operating Officer

Accepted:

William Walsh

12-18-03

Date

EXHIBIT
1
ALL-STATE LEGAL®