313681

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM WALSH,<br><br>Plaintiff,<br><br>v.<br><br>PITNEY BOWES, INC.,<br><br>Defendant. | ) | C.A. NO. 08-116L |

# NOTICE OF APPEARANCE

I, Sheri L. Pizzi, hereby enter my appearance on behalf of the defendant Pitney Bowes, Inc., in the above-referenced matter.

/s/Sheri L. Pizzi
Sheri L. Pizzi
R.I. Bar No. 5720
TAYLOR DUANE BARTON & GILMAN, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903

401.273.7171
401.273.2904/facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2008, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

C. Russell Bengtson
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903
Tel: 401-331-7272
Fax: 401-331-4404
rbengtson@ckmlaw.com

/s/ Sheri L. Pizzi
Sheri L. Pizzi