UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WILLIAM WALSH,<br><br>Plaintiff,<br><br>v.<br><br>PITNEY BOWES, INC.,<br><br>Defendant. | C.A. NO. 08-116L |

**CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANT PITNEY BOWES INC.**

Defendant Pitney Bowes, Inc., pursuant to Fed. R. Civ. P. 7.1 states as follows for its Corporate Disclosure Statement:

Pitney Bowes Inc. is a publicly traded company and no company owns 10% or more of its stock.

Respectfully submitted,
PITNEY BOWES, INC.
By its attorneys,

/s/Sheri L. Pizzi
Sheri L. Pizzi
TAYLOR, DUANE, BARTON & GILMAN, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
Tel: 401-273-7171
Fax: 401-273-2904

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2008, a copy of the foregoing CORPORATE DISCLOSURE STATEMENT OF DEFENDANT PITNEY BOWES INC. was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

C. Russell Bengtson
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903
Tel: 401-331-7272
Fax: 401-331-4404
rbengtson@ckmlaw.com

/s/ Sheri L. Pizzi
Sheri L. Pizzi