(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

William Walsh
Plaintiff(s)

v.

Dkt. No. 08-116L

Pitney Bowes, Inc.
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/Defendant Pitney Bowes, Inc. hereby moves that Lynn A. Kappelman be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/Sheri L. Pizzi
Signature of Local Counsel

Sheri L. Pizzi
Print Name

Taylor Duane Barton & Gilman, LLP
Firm and Business Address

10 Dorrance Street, Suite 700

Providence, RI 02903

RI Bar ID # 5720

Email: spizzi@taylorduane.com

Tel. # (401) 273-7171

Fax # (401) 273-2904

**ORDER**

This motion is hereby _____ GRANTED _____ DENIED

District Judge

Date

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2008, I, Sheri L. Pizzi filed electronically, a copy of the foregoing:

1. Motion for Admission Pro Hac Vice

Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

C. Russell Bengtson
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903
Tel: 401-331-7272
Fax: 401-331-4404
rbengtson@ckmlaw.com

/s/ Sheri L. Pizzi
Sheri L. Pizzi

313795