AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

### APPEARANCE

Case Number: 08-116L

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant, Pitney Bowes, Inc.

I certify that I am admitted to practice in this court.

4-21-08
Date

Angela L. Carr
Signature

Angela L. Carr 7191
Print Name Bar Number

10 Dorrance Street, Suite 700
Address

Providence RI 02903
City State Zip Code

(401) 273-7171 (401) 273-2904
Phone Number Fax Number