317393

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WILLIAM WALSH,

Plaintiff,

v.

PITNEY BOWES, INC.,

Defendant.

**C.A. NO. 08-116L**

**ASSENTED-TO MOTION OF DEFENDANT PITNEY BOWES, INC. TO CONTINUE THE SETTLEMENT CONFERENCE SCHEDULED FOR AUGUST 14, 2008**

Pursuant to Local Rule 39.2 of the United States District Court for the District of Rhode Island and with the assent of the Plaintiff, William Walsh, Defendant Pitney Bowes Inc. ("Pitney Bowes" or "Defendant") requests a continuance of the Settlement Conference scheduled before Magistrate Judge Lincoln D. Almond on August 14, 2008 at 2:00 p.m.

1. Neither counsel for Pitney Bowes nor the Defendant's representative, Rosalind Gordon, is available to attend the Settlement Conference on August 14, 2008.
2. The parties view this Settlement Conference as a meaningful opportunity to resolve this lawsuit.
3. The parties believe that the Settlement Conference will be more productive if Ms. Gordon is available to participate.
4. The parties hereby request that the Court reschedule the Settlement Conference to proceed on either August 26 or 27, 2008.

5. A continuance of this Settlement Conference will not affect any deadlines set forth in the Court's Pre-Trial Scheduling Order.

PITNEY BOWES INC.
By its Attorneys,

Lynn A. Kappelman, *pro hac vice*
Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210
(617) 946-4800
Email: lkappelman@sayfarth.com

Local Counsel:

/s/Sheri L. Pizzi
R.I. Bar No. 4071
Email: spizzi@taylorduane.com
Angela L. Carr
R.I. Bar No. 7191
Email: acarr@taylorduane.com
TAYLOR DUANE BARTON & GILMAN, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
401-273-7171
401-273-2904 – facsimile

Assent:

/s/ C. Russell Bengtson
C. Russell Bengtson, Esq.
R.I. Bar No. 1233
Email: rbengtson@ckmlaw.com
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence RI 02903
(401) 331-7272

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on July 10, 2008, a true and accurate copy of the foregoing document was served via electronic notice (CM/ECF) to:

C. Russell Bengtson, Esq.
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence RI 02903,
rbengtson@ckmlaw.com

/s/Angela L. Carr